NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MULLARKEY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KORNITZER, ANDREW MILLER, and BUDD LARNER CORP.,<br><br>Defendants. | Civil Action No.: 10-cv-6637 (CCC)<br><br>**ORDER** |

This matter comes before the Court upon the Report and Recommendation [ECF Docket No. 41] of the Honorable Joseph A. Dickson regarding Defendants' motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction [ECF Docket No. 30]. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 25th day of July, 2012,

**ORDERED** that the Report and Recommendation is ADOPTED and Defendants' motion to dismiss is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

HON. CLAIRE C. CECCHI
United States District Judge